IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3:11-00015 |
| --- | --- | --- |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| GUY SAVAGE, | ) | 18 U.S.C. § 554 |
| SABRE DEFENCE INDUSTRIES, LLC, | ) | 18 U.S.C. § 1001 |
| CHARLES SHEARON, | ) | 18 U.S.C. § 1341 |
| ELMER HILL, | ) | 18 U.S.C. § 1343 |
| MICHAEL CURLETT, | ) | 22 U.S.C. § 2778 |
| ARNOLD SEE, JR. | ) | 18 U.S.C. § 2 |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant's or the defendant's counsel after the defendant's are arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

Todd J. Campbell

~~HONORABLE~~

UNITED STATES District JUDGE

Dated: 1/13/11