IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.    3:11-00015 |
| v. | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| [1] GUY SAVAGE, | ) | |
| [2] SABRE DEFENCE INDUSTRIES, LLC, | ) | |
| [3] CHARLES SHEARON, | ) | |
| [4] ELMER HILL, | ) | |
| [5] MICHAEL CURLETT, | ) | |
| [6] ARNOLD SEE, JR. | ) | |

## ORDER TO UNSEAL INDICTMENT

Upon motion of the United States, the Indictment filed in the above captioned matter on
January 13, 2011, is hereby Ordered unsealed

TODD J. CAMPBELL
CHIEF UNITED STATES DISTRICT JUDGE