UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF       )
                                     )   No. 10-2011-mk
447 Atlas Drive                      )   Judge Brown
Nashville, Tennessee  37211          )

## ORDER

The Search Warrant, Application and Affidavit for Search Warrant, as well as any other related documents in the above-styled matter are hereby unsealed.

So ORDERED this 22 day of March, 2011.

_____
JOE BROWN
U. S. MAGISTRATE JUDGE